UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 06-10128-RWZ

UNITED STATES OF AMERICA

v.

RAFAEL VASQUEZ

ORDER ON PRETRIAL MOTION

January 23, 2007

ZOBEL, D.J.

For the most part, the statement of facts in defendant's initial Motion to Suppress Evidence and his attached Affidavit (Docket #29) are in agreement with the government's version of his arrest on December 13, 2005.  (See Docket #35.)  With respect to legal arguments, the government's reply justified the vehicle stop as a Terry stop, requiring only reasonable suspicion of criminal activity.  Subsequently, defendant filed a motion to supplement his motion to suppress (Docket #34) that asserted additional facts alleging that the stop of the vehicle was a de facto arrest requiring the higher standard of probable cause.  The government disputes the facts concerning the conduct of the police on December 13, as stated in defendant's affidavit accompanying his supplemental motion.  (Docket #35.)  The court has scheduled an evidentiary hearing for 9:30 am on January 31, 2007, to hear evidence and defendant's arguments

whether the facts, as alleged, justify suppression of the firearm and narcotics seized by the police following the stop.


|  January 23, 2007  | /s/Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |